UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORRY AVERETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-00419-AMM-SGC |
| ) | |
| WARDEN MIREE, *et al*., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on August 5, 2021, recommending the defendants' special reports be treated as a motion for summary judgment and further recommending that the motion be granted. Doc. 37. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** and **ORDERED** this 31st day of August, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE